IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALI M. ALI,<br><br>　　　　　　Plaintiff,<br>v.<br>N.A.R., INC.,<br><br>　　　　　　Defendant. | REPORT & RECOMMENDATION<br><br>Case No. 2:22-cv-00244-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

　　　　This case is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) (ECF 11). Before the court is Defendant's N.A.R., Inc.'s (N.A.R. or Defendant) Motion to Dismiss for Failure to State a Claim (Motion) (ECF 19). The Motion addresses Mr. Ali's Amended Complaint (ECF 18). Mr. Ali filed the Amended Complaint in compliance with this court's adopted report and recommendation (*see* ECF 17 & 20) allowing Mr. Ali to amend his complaint.

　　　　The Motion was filed on February 15, 2023. Plaintiff failed to file a response to the Motion, and the time for doing so has passed. *See* DUCivR 7-1(a)(4)(D)(ii) ("A response to a motion must be filed within 14 days after service of the motion."). Plaintiff's failure to respond is grounds for granting the Motion. *See* DUCivR 7-1(f) ("[F]ailure to respond timely to a motion may result in the court granting the motion without further notice."). Because of Plaintiff's failure to respond, on April 11, 2023, this court issued an Order to Show Cause (Order) directing "Plaintiff to respond to the court in writing no later than April 25, 2023 and explain his intentions to proceed and why this case should not be dismissed" and warning that failure to do so may result in a recommendation of dismissal (ECF 22). Plaintiff failed to respond to the court's Order, and the time to do so has also passed.

1

## RECOMMENDATION

Accordingly, the court hereby RECOMMENDS that the Motion be GRANTED and that the court DISMISS Plaintiff's Amended Complaint.

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within fourteen (14) days of being served with a copy, any party may serve and file written objections. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

IT IS SO ORDERED.

DATED this 5 May 2023.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah